UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
  :
IN RE WORLD TRADE CENTER LOWER          :  21 MC 102 (AKH)
MANHATTAN DISASTER SITE LITIGATION      :
  :
-----------------------------------------------------------------X
HILDA LLERENA,                          :  07-CV-01650-AKH
  :
              Plaintiff,       :
  :  **APPEARANCE**
  - against -                          :
  :
ALAN KASMAN D/B/A KASCO, *et al.*,      :  **ELECTRONICALLY FILED**
  :
            Defendants.      :
-----------------------------------------------------------------X

To the Clerk of this Court and all parties of record:

Enter my appearance as counsel in this case for:

**MERRILL LYNCH & CO., INC.**

I certify that I am admitted to practice in this court.


Dated: New York, New York          DICKSTEIN SHAPIRO LLP
       October 3, 2007

                           By:    /s/ Judith R. Cohen
                                 _____
                                 Judith R. Cohen (JC-8614)
                                 1177 Avenue of the Americas
                                 New York, New York 10036
                                 Phone: (212) 277-6500
                                 Fax: (212) 277-6501

                                 *Attorney for Defendant*
                                 MERRILL LYNCH & CO., INC.

DOCSNY-271820v01