KEVIN G. HORBATIUK (KG-4977)
RUSSO, KEANE & TONER, LLP
Attorneys for Defendant
**CUNNINGHAM DUCT WORK s/h/i/a**
**CUNNINGHAM DUCT CLEANING CO., INC.**
26 Broadway - 28th Floor
New York, New York 10004
(212) 482-0001

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------x
IN RE COMBINED WORLD TRADE CENTER           21 MC 102 (AKH)
AND LOWER MANHATTAN DISASTER SITE
LITIGATION
-------------------------------------------------------------------x
HILDA LLERNA,                                                      DOCKET No.:
                                                                   07 CV 1650

                Plaintiff,

  -against-

100 CHURCH, LLC, 100 WALL STREET COMPANY,
LLC ALAN KASMAN DBA KASCO, AMBIENT                                 NOTICE
GROUP, INC., ANN TAYLOR STORES                                     OF APPEARANCE
CORPORATION, BATTERY PARK CITY
AUTHORITY, BLACKMON-MOORING
STEAMATIC CATASTOPHE, INC., d/b/a BMS
CAT, BROOKFIELD FINANCIAL PROPERTIES,
INC., BROOKFIELD FINANCIAL PROPERTIES,
L.C., BROOKFIELD PARTNERS, L.P., BROOKFIELD
PROPERTIES CORPORATION, BROOKFIELD
PROPERTIES HOLDINGS, INC., BT PRIVATE
CLIENTS CORP., CUNNINGHAM DUCT CLEANING
CO., INC., DEUTSCHE BANK TRUST COMPANY,
DEUTSCHE BANK TRUST COMPANY AMERICAS,
DEUSTCHE BANK TRUST CORPORATION,
ENVIROTECH CLEAN AIR, INC., GENERAL RE
SERVICES CORP., GPS ENVIRONMENTAL
CONSULTANTS, INC., HILLMAN ENVIRONMENTAL
HILTON HOTELS CORPORATION, INDOOR AIR PROFESSIONALS,
INC., INDOOR ENVIRONMENTAL TECHNOLOGY, INC.,
KASKO RESTORATION SERVICES, CO.,
LAW ENGINEERING, P.C., MERILL LYNCH & CO., INC.,
NATIONAL ASSOCIATION OF SECURITIES

DEALERS, INC., NEW LIBERTY PLAZA, LP., NEW YORK CITY INDUSTRIAL DEVELOPMENT AGENCY, NEW YORK CITY INDUSTRIAL DEVELOPMENT AGENCY, NEW YORK CITY INDUSTRIAL DEVELOPMENT AGENCY, NEW YORK INDUSTRIAL DEVELOPMENT CORPORATION, NOMURA HOLDING AMERICA, INC., NOMURA SECURITIES INTERNATIONAL, INC., ONE LIBERTY PLAZA, ONE WALL STREET HOLDINGS, LLC., RECKSON CONSTRUCTION GROUP NEW YORK, INC., ROYAL AND SUNALLIANCE INSURANCE GROUP, PLC., STRUCTURE TONE (UK), INC., STRUCTURE TONE GLOBAL SERVICES, INC., THE ONE LIBERTY PLAZA CONDOMINIUM (CONDO # 1178), TISHMAN INTERIORS CORPORATION, TOSCORP. INC., TRC ENGINEERS, INC., TUCKER ANTHONY, INC., TULLY CONSTRUCTION CO., INC., TULLY INDUSTRIES, INC., VERIZON NEW YORK, INC., WESTON SOLUTIONS, WFP ONE LIBERTY PLAZA CO., L.P., WFP ONE LIBERTY PLAZA CO., GP., CORP., WFP TOWER A CO., WFP TOWER A CO., G.P., CORP., WFP TOWER A CO., L.P., WFP TOWER B CO., G.P., CORP., WFP TOWER B HOLDING CO. LP, WFP TOWER D CO. G.P., CORP., WFP TOWER D HOLDING CIO. I. L.P., WORLD FINANCIAL PROPERTIES, LP., and ZAR REALTY MANAGEMENT CORP., ET AL

**Defendants.**
...................................................................................x

To the Clerk of this Court and all parties of record:

Enter my appearance as counsel in this case for:

**CUNNINGHAM DUCT WORK s/h/i/a
CUNNINGHAM DUCT CLEANING CO., INC.**

I certify that I am admitted to practice in this Court.

Dated: New York, New York
January 30, 2008

<u>Kevin G. Horbatiuk</u>
Kevin G. Horbatiuk (KGH4977)
Attorneys for Defendant
**CUNNINGHAM DUCT WORK s/h/i/a**
**CUNNINGHAM DUCT CLEANING**
**CO., INC.**
RUSSO, KEANE & TONER, LLP
26 Broadway-28th Floor
New York, New York 10004
(212) 482-0001

TO: CHRISTOPHER R. LaPOLA, ESQ.,
WORBY GRONER EDELMAN & NAPOLI BERN, LLP
Attorney for Plaintiff
**HILDA LLERENA**
115 Broadway - 12th Floor
New York, New York 10006
(212) 267-3700

## CERTIFICATION OF SERVICE

I hereby certify that a copy of the above and foregoing has been served upon the following listed person by placing a copy of the same in the United States mail, postage prepared and properly addressed, this the 30th day of January, 2008.

CHRISTOPHER R. LaPOLA, ESQ.,
WORBY GRONER EDELMAN & NAPOLI BERN, LLP
Attorney for Plaintiff
**HILDA LLERENA**
115 Broadway 12th Floor
New York, New York 10006

_____
KEVIN G. HORBATIUK