KEVIN G. HORBATIUK (KG-4977)
RUSSO, KEANE & TONER, LLP
Attorneys for Defendant
**CUNNINGHAM DUCT WORK s/h/i/a
CUNNINGHAM DUCT CLEANING CO., INC.**
26 Broadway - 28th Floor
New York, New York 10004
(212) 482-0001

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------x
IN RE COMBINED WORLD TRADE CENTER            21 MC 102 (AKH)
AND LOWER MANHATTAN DISASTER SITE
LITIGATION
-------------------------------------------------------------------x
HILDA LLERNA,                                DOCKET No.:
                                             07 CV 1650

     Plaintiff,

 -against-

100 CHURCH, LLC, 100 WALL STREET COMPANY,
LLC ALAN KASMAN DBA KASCO, AMBIENT           NOTICE
GROUP, INC., ANN TAYLOR STORES               ADOPTION OF
CORPORATION, BATTERY PARK CITY               ANSWER TO
AUTHORITY, BLACKMON-MOORING                  MASTER COMPLAINT
STEAMATIC CATASTOPHE, INC., d/b/a BMS
CAT, BROOKFIELD FINANCIAL PROPERTIES,
INC., BROOKFIELD FINANCIAL PROPERTIES,
L.C., BROOKFIELD PARTNERS, L.P., BROOKFIELD
PROPERTIES CORPORATION, BROOKFIELD
PROPERTIES HOLDINGS, INC., BT PRIVATE
CLIENTS CORP., CUNNINGHAM DUCT CLEANING
CO., INC., DEUTSCHE BANK TRUST COMPANY,
DEUTSCHE BANK TRUST COMPANY AMERICAS,
DEUSTCHE BANK TRUST CORPORATION,
ENVIROTECH CLEAN AIR, INC., GENERAL RE
SERVICES CORP., GPS ENVIRONMENTAL
CONSULTANTS, INC., HILLMAN ENVIRONMENTAL
HILTON HOTELS CORPORATION, INDOOR AIR PROFESSIONALS,
INC., INDOOR ENVIRONMENTAL TECHNOLOGY, INC.,
KASKO RESTORATION SERVICES, CO.,
LAW ENGINEERING, P.C., MERILL LYNCH & CO., INC.,
NATIONAL ASSOCIATION OF SECURITIES

DEALERS, INC., NEW LIBERTY PLAZA, LP.,
NEW YORK CITY INDUSTRIAL DEVELOPMENT
AGENCY, NEW YORK CITY INDUSTRIAL
DEVELOPMENT AGENCY, NEW YORK
CITY INDUSTRIAL DEVELOPMENT AGENCY,
NEW YORK INDUSTRIAL DEVELOPMENT
CORPORATION, NOMURA HOLDING
AMERICA, INC., NOMURA SECURITIES
INTERNATIONAL, INC., ONE LIBERTY PLAZA,
ONE WALL STREET HOLDINGS, LLC., RECKSON
CONSTRUCTION GROUP NEW YORK, INC.,
ROYAL AND SUNALLIANCE INSURANCE GROUP,
PLC., STRUCTURE TONE (UK), INC., STRUCTURE
TONE GLOBAL SERVICES, INC., THE ONE LIBERTY
PLAZA CONDOMINIUM (CONDO # 1178), TISHMAN
INTERIORS CORPORATION, TOSCORP. INC.,
TRC ENGINEERS, INC., TUCKER ANTHONY,
INC., TULLY CONSTRUCTION CO., INC.,
TULLY INDUSTRIES, INC., VERIZON NEW YORK, INC.,
WESTON SOLUTIONS, WFP ONE LIBERTY PLAZA CO.,
L.P., WFP ONE LIBERTY PLAZA CO., GP., CORP., WFP
TOWER A CO., WFP TOWER A CO., G.P., CORP., WFP
TOWER A CO., L.P., WFP TOWER B CO., G.P.,
CORP., WFP TOWER B HOLDING CO. LP, WFP TOWER D
CO. G.P., CORP., WFP TOWER D HOLDING CIO. I. L.P.,
WORLD FINANCIAL PROPERTIES, LP., and
ZAR REALTY MANAGEMENT COPR., ET AL

        **Defendants.**
...........................................................................................x

  **PLEASE TAKE NOTICE,** that defendant CUNNINGHAM DUCT WORK s/h/i/a CUNNINGHAM DUCT CLEANING CO., INC. ("CUNNINGHAM"), by its attorneys, RUSSO, KEANE & TONER, LLP, as and for its Response to the allegations set forth in the Complaint by Adoption (Check-Off-Complaint) Related to the Master Complaint filed in the above referenced action, hereby adopt their Answer to Master Complaint dated, August 1, 2007, which was filed in the matter of *In Re World Trade Center Lower Manhattan Disaster Site Litigation*, 21 MC 102 (AKH).

  **WHEREFORE,** the defendant, CUNNINGHAM demands judgment dismissing the above captioned caption action as against it, together with its costs and disbursements and for such other

and further relief as this Court deems just and proper.

Dated: New York, New York
January 30, 2008

                                        Kevin G. Horbatiuk
                                        Kevin G. Horbatiuk (KGH4977)
                                        Attorneys for Defendant
                                        **CUNNINGHAM DUCT WORK s/h/i/a**
                                        **CUNNINGHAM DUCT CLEANING CO., INC.**
                                        RUSSO, KEANE & TONER, LLP
                                        26 Broadway-28th Floor
                                        New York, New York 10004
                                        (212) 482-0001

TO:    CHRISTOPHER R. LaPOLA, ESQ.,
         WORBY GRONER EDELMAN & NAPOLI BERN, LLP
         Attorney for Plaintiff
         **HILDA LLERENA**
         115 Broadway - 12th Floor
         New York, New York 10006
         (212) 267-3700

## CERTIFICATION OF SERVICE

I hereby certify that a copy of the above and foregoing has been served upon the following listed person by placing a copy of the same in the United States mail, postage prepared and properly addressed, this the 30th day of January, 2008.

CHRISTOPHER R. LaPOLA, ESQ.,
WORBY GRONER EDELMAN & NAPOLI BERN, LLP
Attorney for Plaintiff
**HILDA LLERENA**
115 Broadway 12th Floor
New York, New York 10006

_____
KEVIN G. HORBATIUK